**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Lance Newkirk, on behalf of himself, and all those similarly situated; Meesha Johnson, on behalf of herself, and all those similarly situated; Dorothy W. on behalf of herself, and all those similarly situated; Christopher G., on behalf of himself, and all those similarly situated,

*Plaintiffs*,

vs.

Frances Pierre, Commissioner of the Suffolk County Department of Social Services, in her official capacity,

*Defendant*.

19-- cv-4283 (NGG)(SMG)

# NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the annexed declarations of Linda Hassberg, Esq., Plaintiffs Lance Newkirk, Meesha Johnson, Dorothy W., and Christopher G., and proposed class members Charles J., Tiffany S., Deborah K., and Nicole S., upon the annexed Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and upon all the papers filed and all proceedings had herein, Plaintiffs will move this Court, at a time and date to be determined by the Court, for an Order:

1. Granting plaintiffs' motion pursuant to Fed. R. Civ. P. 23(a) and (b)(2) and certifying the following plaintiff class:

   All Suffolk County residents with disabilities who: (1) have applied for or will apply for Supplemental Nutrition Assistance Program ("SNAP"), Medicaid, or Temporary Assistance ("TA"), from the Suffolk County Department of Social Services ("SCDSS") since July 1, 2018 and are entitled to reasonable accommodations in the application process to participate in or benefit from these programs; and/or (2) have been found eligible for such programs and are entitled to reasonable accommodations in order to

enjoy equal opportunity to participate in or benefit from them.

2. Appointing the Empire Justice Center and the National Center for Law and Economic Justice as counsel for the certified class.

PLEASE TAKE FURTHER NOTICE THAT unless otherwise ordered by the Court, responding papers, if any, shall be served within fourteen days of service of this motion, and reply papers, if any, shall be served within seven days of service of the response.

Dated:
Central Islip, New York

Respectfully submitted,

*/s/ Marc Cohan*

NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
Greg Bass
Marc Cohan
Travis W. England*
Jen Samantha D. Rasay*
275 Seventh Ave, Ste. 1506
New York, NY 10001
Tel. (212) 633-6967
Bass@nclej.org
Cohan@nclej.org
England@nclej.org
Rasay@nclej.org

EMPIRE JUSTICE CENTER
Linda Hassberg
Saima Akhtar
Touro Law Center PAC
225 Eastview Drive, Room 222
Central Islip, NY 11722
Tel. (631) 650-2305
LHassberg@empirejustice.org

*Attorneys for the Plaintiffs*

* *Application for admission forthcoming.*