# EXHIBIT A

REPORT DATE 02/03/19

NEW YORK STATE HUMAN SERVICES APPLICATION SERVICE CENTER

PAGE 278

APPLICATION REGISTER - SUMMARY OF APPLICATION ACTIVITY
BY LOCAL OFFICE, UNIT, WORKER AND CASE TYPE

[redacted]

PERIOD COVERED BY REPORT: 01/01/19-01/31/19

WMS REPORT WINR4113

DISTRICT: SUFFOLK

DISTRIBUTION : DISTRICT MANAGEMENT

REFERENCE NO 5176

| | APPLICATIONS ON REGISTER | | | | | DAYS SINCE APP DATE | | | APPLICATIONS PROCESSED DURING PERIOD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE TYPE | ON REG BEG PD | REGIST DUR PD | TOTAL TO PROC | PROCSD DUR PD | ON REG END PD | 30 AND UNDER | OVER 30 | OVER 45 | OPEN/ REOPN | OPEN/ CLOSE | DENIAL | CLIENT WITHDRL | SYSTEM DELETE | FOOD AUTH | STAMPS DENY |
| FA | 79 | 542 | 621 | 536 | 74 | 67 | 2 | 5 | 255 | 87 | 177 | 17 | 0 | 74 | 320 |
| SN-FP | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| ADC-FC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PG-ADC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SN-CSH | 439 | 1994 | 2433 | 1731 | 578 | 443 | 75 | 60 | 780 | 507 | 363 | 81 | 0 | 365 | 729 |
| SN-FNP | 4 | 69 | 73 | 199 | 2 | 0 | 1 | 1 | 123 | 44 | 28 | 4 | 0 | 37 | 115 |
| EAA | 18 | 49 | 67 | 57 | 14 | 10 | 3 | 1 | 6 | 31 | 20 | 0 | 0 | 0 | 0 |
| EAF | 68 | 91 | 159 | 123 | 35 | 29 | 3 | 3 | 0 | 41 | 76 | 6 | 1 | 0 | 3 |
| MA | 1194 | 3082 | 4276 | 2977 | 1299 | 1005 | 130 | 164 | 826 | 0 | 2074 | 77 | 1 | 0 | 0 |
| MPE | 8 | 139 | 147 | 143 | 4 | 3 | 0 | 1 | 131 | 0 | 0 | 12 | 0 | 0 | 0 |
| MA-SSI | 1 | 34 | 35 | 33 | 1 | 0 | 0 | 1 | 32 | 0 | 0 | 1 | 0 | 0 | 0 |
| FHP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NPA-FS | 917 | 2654 | 3571 | 2584 | 988 | 968 | 16 | 4 | 1439 | 0 | 875 | 270 | 0 | 0 | 0 |
| FS-MIX | 4 | 9 | 13 | 13 | 1 | 1 | 0 | 0 | 12 | 0 | 1 | 0 | 0 | 0 | 0 |

REPORT CONTINUED

REPORT DATE 02/03/19 NEW YORK STATE HUMAN SERVICES APPLICATION SERVICE CENTER PAGE 279

APPLICATION REGISTER - SUMMARY OF APPLICATION ACTIVITY
BY LOCAL OFFICE, UNIT, WORKER AND CASE TYPE

[redacted]

PERIOD COVERED BY REPORT: 01/01/19-01/31/19 WMS REPORT WINR4113 REFERENCE NO 5177

DISTRICT: SUFFOLK DISTRIBUTION : DISTRICT MANAGEMENT

| | APPLICATIONS ON REGISTER | | | | | DAYS SINCE APP DATE | | | APPLICATIONS PROCESSED DURING PERIOD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE TYPE | ON REG BEG PD | REGIST DUR PD | TOTAL TO PROC | PROCSD DUR PD | ON REG END PD | 30 AND UNDER | OVER 30 | OVER 45 | OPEN/ REOPN | OPEN/ CLOSE | DENIAL | CLIENT WITHDRL | SYSTEM DELETE | FOOD AUTH | STAMPS DENY |
| SERV | 196 | 394 | 590 | 400 | 189 | 149 | 13 | 27 | 211 | 0 | 178 | 11 | 1 | 0 | 0 |
| HEAP | 820 | 1171 | 1991 | 1050 | 940 | 618 | 156 | 166 | 531 | 0 | 390 | 129 | 1 | 0 | 0 |
| TOTAL | 3748 | 10228 | 13976 | 9847 | 4125 | 3293 | 399 | 433 | 4347 | 710 | 4182 | 608 | 4 | 476 | 1168 |

REPORT END