# EXHIBIT B

REPORT DATE 02/03/19 NEW YORK STATE HUMAN SERVICES APPLICATION SERVICE CENTER PAGE 1

APPLICATION/REGISTRY PROCESSING REPORT

[redacted]

PERIOD COVERED BY REPORT:01/01/19 - 01/31/19 WMS REPORT WINR1240

DISTRICT: SUFFOLK DISTRIBUTION: PROGRAM DIVISIONS

REFERENCE NO 47

| CASE TYPE | APPLICATION SUMMARY | | | | | APP DISPOSITION BREAKDOWN FOR RPT. PERIOD | | | | | | | | APP PROCESSING TIME | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ACTIVE CASES | APP REG DURING PERIOD | % OF CASE LOAD | TOTAL APPS ON REG | # APPS PENDING OVER 30 DAYS | TOTAL APPS DISPOSED DURING PERIOD | OPEN/ REOPEN # | OPEN/ REOPEN % | DENIED UP FRONT | DENIED WKBK | DENIED % | WITHDRAWN # | WITHDRAWN % | ALL APPS APP TO DISP | ALL APPS REG TO DISP | OVER 30 DAYS APP TO DISP | OVER 30 DAYS REG TO DISP |
| FA | 2481 | 542 | 21.8 | 621 | 7 | 536 | 342 | 63.8 | | 177 | 33.0 | 17 | 3.2 | 8 | 6 | 63 | 31 |
| SN-FP | 18 | | .0 | | | 1 | 1 | 100.0 | | | .0 | | .0 | 2 | 2 | | |
| PG-ADC | | | .0 | | | | | .0 | | | .0 | | .0 | | | | |
| SN-CSH | 2918 | 1994 | 68.3 | 2433 | 135 | 1731 | 1287 | 74.4 | 11 | 352 | 21.0 | 81 | 4.7 | 11 | 7 | 63 | 30 |
| SN-FNP | 1369 | 69 | 5.0 | 73 | 2 | 199 | 167 | 83.9 | | 28 | 14.1 | 4 | 2.0 | 10 | 5 | 62 | 24 |
| EAA | 218 | 49 | 22.5 | 67 | 4 | 57 | 37 | 64.9 | 4 | 16 | 35.1 | | .0 | 20 | 14 | 61 | 30 |
| EAF | | 91 | .0 | 159 | 6 | 123 | 41 | 33.3 | 26 | 50 | 61.8 | 6 | 4.9 | 24 | 18 | 56 | 34 |
| PA-TOT | 7004 | 2745 | 39.2 | 3353 | 154 | 2647 | 1875 | 70.8 | 41 | 623 | 25.1 | 108 | 4.1 | 11 | 7 | 62 | 30 |
| NPA-FS | 53029 | 2654 | 5.0 | 3571 | 20 | 2584 | 1439 | 55.7 | | 875 | 33.9 | 270 | 10.4 | 17 | 14 | 44 | 28 |
| FS-MIX | 829 | 9 | 1.1 | 13 | | 13 | 12 | 92.3 | | 1 | 7.7 | | .0 | 15 | 8 | 47 | 17 |
| FS-TOT | 53858 | 2663 | 4.9 | 3584 | 20 | 2597 | 1451 | 55.9 | | 876 | 33.7 | 270 | 10.4 | 17 | 14 | 44 | 28 |
| PA+FS TOT | 60862 | 5408 | 8.9 | 6937 | 174 | 5244 | 3326 | 63.4 | 41 | 1499 | 29.4 | 378 | 7.2 | 14 | 11 | 51 | 29 |
| MA | 41797 | 2852 | 6.8 | 3715 | 110 | 2748 | 688 | 25.0 | | 1989 | 72.4 | 71 | 2.6 | 24 | 11 | 46 | 19 |
| MA N | | 230 | .6 | 561 | 184 | 229 | 138 | 60.3 | | 85 | 37.1 | 6 | 2.6 | 56 | 46 | 71 | 57 |
| MPE | 1085 | 139 | 12.8 | 147 | 1 | 143 | 131 | 91.6 | | | .0 | 12 | 8.4 | 10 | | 54 | 1 |
| MA-SSI | 22503 | 24 | .1 | 25 | 1 | 23 | 22 | 95.7 | | | .0 | 1 | 4.3 | | | | |
| MA-SSI N | | 10 | .0 | 10 | | 10 | 10 | 100.0 | | | .0 | | .0 | | | | |
| FHP | | | .0 | | | | | .0 | | | .0 | | .0 | 9 | | 40 | |
| MA-TOT | 65385 | 3255 | 5.0 | 4458 | 296 | 3153 | 989 | 31.4 | | 2074 | 65.8 | 90 | 2.9 | 26 | 13 | 50 | 26 |
| SERVICES | 5070 | 394 | 7.8 | 590 | 40 | 400 | 211 | 52.8 | 178 | | 44.5 | 11 | 2.8 | 34 | 16 | 54 | 24 |
| ADC-FC | | | .0 | | | | | .0 | | | .0 | | .0 | | | | |
| HEAP | 6771 | 1171 | 17.3 | 1991 | 322 | 1050 | 531 | 50.6 | 5 | 385 | 37.1 | 129 | 12.3 | 27 | 23 | 50 | 42 |

* A BLANK WILL APPEAR IN THE REG TO DISPOSITION COLUMN IF APPLICATIONS HAVE BEEN REGISTERED AND PROCESSED THE SAME DAY