# EXHIBIT G

# AFFIDAVIT

I, Charles [redacted], declare under penalty of perjury as follows:

1. I live on my own in Smithtown in Suffolk County.
2. I receive food stamps through the Supplemental Nurtrition Assistance Program (SNAP) and Medicaid from Suffolk County department of Social Services (DSS).
3. I have a disability that makes it difficult for me to understand what people are saying to me and to express myself. As a result of a heart attack and strokes, I have hearing loss and difficulty with comprehension and speaking. I am unable to use a telephone and can only understand people when they talk to me face-to-face.
4. I also have problems understanding written instructions and filling out forms.
5. I have received food stamps for several years and always struggle to complete applications for recertification. I often went to DSS for help with the forms.
6. In 2014, I was having trouble communicating with DSS and was afraid that I might lose my benefits.
7. I contacted Nassau Suffolk Law Services (NSLS) and an attorney from them emailed DSS to request a reasonable accommodation for me. The request was that I be visually located in the waiting room of the center, be escorted to meet with a worker, and interviewed face-to-face.
8. The NSLS attorney also submitted a letter from my doctor, Dr. Khalid Noori, which described my disability and stated that DSS should provide me with written correspondence due to my hearing impairment.
9. Although DSS never informed me that it granted the request, the NSLS attorney was given a DSS "case comment" stating that my "recertifications need to be handled in a

face to face manner with sign language interpreter. No use of phone or loudspeaker. Should he come into center he would need to be visually located and escorted to a window/booth.

10. My attorney made a copy of the case comment for me and told me to bring it with me whenever I go to DSS.

11. I also began taking my recertification applications to an assistant in Dr. Noori's office. She fills out the paperwork for me and mails it to DSS because I have trouble filling out the forms and am afraid that I could lose my SNAP benefit if I make a mistake.

12. I always receive SNAP on my benefits card at the beginning of the month. However, I did not get SNAP at the beginning of October in 2018, even though the recertification application was mailed to DSS from my doctor's office.

13. I had received a recertification notice dated August 2, 2018, from DSS that said that a telephone interview had been scheduled for me on August 17, 2018.

14. I carry a cell phone with me, but usually cannot hear it ring. I can look at the screen to see if someone has called me. I checked to see if I got a call from DSS, but could not tell.

15. I do not know if SNAP did not appear on my benefit card at the beginning of October because I missed the telephone call.

16. I was afraid to go to DSS to see if I could fix the problem because when I had gone there in July, 2018, I had a bad experience.

17. In July, I brought the case comment and attorney letter from NSLS with me to DSS, as I was told to do.

18. When I showed the letter to the DSS worker, she took it from me and stamped it, even though I told her not to.

19. I became upset and tried to explain why I was there. The worker told me to calm down and take it easy. I think I was talking loudly because people were looking at me.

20. I decided to leave so that the situation would not escalate. A DSS worker followed me out to my car and watched me get in, but did not say anything.

21. My NSLS attorney eventually was able to confirm with DSS that I had been recertified for SNAP.

22. However, I believe that I cannot deal with DSS on my own because I have trouble hearing and understanding what they are telling me. Even though I have a letter stating that they should help me, talk to me face-to-face and communicate in writing, that doesn't always happen. I still get notices stating that I will lose SNAP if I don't have a telephone interview and people get upset with me when I don't understand what they are saying.

23. I submit this affidavit in support of Plaintiffs' Class Action Complaint challenging the failure of Defendant Dennis Nowak, Acting Commissioner of the Suffolk County DSS to provide reasonable accommodations to give applicants and recipients with disabilities equitable access to the benefits and programs he administers.

Dated: November 20, 2018

Islandia, New York

Charles [redacted]

Charles [redacted]

Sworn before me, this 20th day

Of November, 2018.

Carolyn Vasiluth

Notary Public

CAROLYN VASILUTH
Notary Public, State of New York
No. 02VA6244226
Qualified in Suffolk County
Commission Expires July 5, 20 19